United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES RAMIREZ, et al.,
Plaintiffs,
v.
APPLE, INC.,,
Defendant.

Case No. 26-cv-07713-SVK

**ORDER OF RECUSAL**

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: August 5, 2026

SUSAN VAN KEULEN
United States Magistrate Judge